U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Dr. Roger C.S. Lin, et al.

vs.

United States of America

No. 1:06CV01825

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, DANIEL F. PORTNOY, having been duly authorized to make service of the Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Complaint for Declaratory Relief and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

That my date of birth / age is 11-26-1971.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 12:00 n on October 25, 2006, I served United States of America c/o Jeffrey A. Taylor, United States Attorney for the District of Columbia at 501 3rd Street, NW, Washington, DC 20001 by serving Lakesha Carroll, Documents Clerk, authorized to accept. Described herein:

```
SEX-     FEMALE
AGE-     30
HEIGHT-  5'5"
HAIR-    BLACK
WEIGHT-  150
RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  10-26-06
             Date

DANIEL F. PORTNOY
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 178758

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Dr. Roger C.S. Lin, et al.,

Plaintiffs,

V.

United States of America,

Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER   1:06CV01825

JUDGE: Rosemary M. Collyer

DECK TYPE: General Civil

DATE STAMP: 10/24/2006

TO: (Name and address of Defendant)

United States of America
c/o Jeffrey A. Taylor
United States Attorney for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Charles H. Camp, Esquire
Law Offices of Charles H. Camp
1725 Eye Street, N.W., Suite 300
Washington, D.C. 20006

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          OCT 2 4 2006
CLERK                                DATE

(By) DEPUTY CLERK