UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. ROGER C. S. LIN, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) <br> ) | Case No.: 1:06CV01825 <br> Judge Rosemary M. Collyer |

### AFFIDAVIT OF SERVICE UPON ATTORNEY GENERAL

CHARLES H. CAMP under penalty of perjury pursuant to 28 U.S.C. Section 1746, declares that the following is true and correct:

1. I am not a party to this action, am over 18 years of age, and practice law at the Law Offices of Charles H. Camp, 1725 I Street, N.W., Suite 300, Washington, D.C. 20006. I am counsel to Plaintiffs in this lawsuit. I make this affidavit based upon my own personal knowledge and understanding of the matters set forth below in this affidavit.

2. Pursuant to Federal Rule of Civil Procedure 4(i)(1)(B), on October 26, 2006, a summons issued by the Clerk of Court of the United States District Court for the District of Columbia (copy attached) and a copy of the complaint filed in this action were mailed via pre-paid First Class U.S. Certified Mail, return receipt requested (signed receipt also attached) to the Honorable Alberto R. Gonzales, Attorney General of the United States, 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530-0001.

FURTHER AFFIANT SAYETH NOT.

_____
Charles H. Camp

Date: December 6, 2006

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Dr. Roger C.S. Lin, et al.,

Plaintiffs,

                              **SUMMONS IN A CIVIL CASE**

V.

United States of America,

Defendant.

CASE NUMBER: 06 - 1825 RMC

TO: (Name and address of Defendant)

United States of America
c/o Honorable Alberto R. Gonzales
Attorney General of the United States
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Charles H. Camp, Esquire
Law Offices of Charles H. Camp
1725 Eye Street, N.W., Suite 300
Washington, D.C. 20006

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**　　　　　　　　10/26/2006

CLERK　　　　　　　　　　　　　　　　　　　　　　DATE

(By) DEPUTY CLERK

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>OCT 2 1 2006 |
| 1. Article Addressed to:<br><br>Alberto R. Gonzales<br>Attorney General of US<br>950 Pennsylvania Ave NW<br>WDC  20530-0001 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>  ☐ Certified Mail   ☐ Express Mail<br>  ☐ Registered      ☐ Return Receipt for Merchandise<br>  ☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>    (Transfer from service label) | |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |