UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LIN, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 06-1825 (RMC) |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Adam D. Kirschner, Trial Attorney, Federal Programs Branch, Civil Division, United States Department of Justice, as counsel for defendant United States of America, in the above-captioned case.

Dated: December 20, 2006

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney for the District of Columbia

VINCENT M. GARVEY
Deputy Director, Federal Programs Branch

_/s/_____
ADAM D. KIRSCHNER
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
Mailing Address
P.O. Box 883
Washington, D.C., 20044
Delivery Address

        20 Massachusetts Ave., NW., Room 7126
        Washington, DC 20001
        Telephone: (202) 353-9265
        Fax: (202) 616-8470
        Adam.Kirschner@usdoj.gov

        COUNSEL FOR DEFENDANT

- 2 -