UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LIN, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 06-1825 (RMC) |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME
IN WHICH TO RESPOND TO PLAINTIFFS' COMPLAINT**

Defendant, by and its undersigned counsel, hereby seeks an extension of time through and including January 12, 2007, in which to respond to plaintiffs' complaint. On December 19, 2006, undersigned counsel contacted counsel for plaintiff, Charles H. Camp, who indicated that he had no objection to the relief requested herein. As grounds for this motion, defendant state as follows:

1. Defendant's response to this complaint requires coordination within the government.

2. The government's response is now due December 26, 2006, which, because of the holiday season, is a difficult time to complete the necessary coordination.

3. This extension of time is requested to allow for that coordination and sufficient time to complete the defendant's response to the complaint.

WHEREFORE, defendants respectfully request that the Court grant them an extension of time through and including January 12, 2007, in which to file their response to plaintiffs' complaint. As required by the Local Rules, a proposed Order is attached.

Dated: December 20, 2006          Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney for the District of Columbia

VINCENT M. GARVEY
Deputy Director, Federal Programs Branch

_/s/_____
ADAM D. KIRSCHNER
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
<u>Mailing Address</u>
P.O. Box 883
Washington, D.C., 20044
<u>Delivery Address</u>
20 Massachusetts Ave., NW., Room 7126
Washington, DC 20001
Telephone: (202) 353-9265
Fax: (202) 616-8470
Adam.Kirschner@usdoj.gov

COUNSEL FOR DEFENDANT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LIN, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 06-1825 (RMC) |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**[Proposed] ORDER**

This matter is before the Court on defendant's motion for an extension of time. This Court has duly considered the motion and having found it to be meritorious, the Court hereby,

GRANTS defendant's motion for an extension of time up to and including January 12, 2007, to respond to plaintiffs' complaint.

SIGNED and ENTERED this ___ day of _____, 2006.

_____
ROSEMARY M. COLLYER
United States District Judge