UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. ROGER C. S. LIN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-1825 (RMC) |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S AGREED MOTION TO EXTEND JANUARY 26, 2007, DEADLINE
FOR RESPONDING TO DEFENDANT'S MOTION TO DISMISS**

With the agreement of Defendant, Plaintiffs Dr. Roger C. S. Lin, Chien-Ming Huang, Chou Chang, Ching-Yao Hou, Chen-Hua Liu, Chen-Ni Wu, Yang-Lung Yang, Yao-Jhih Ye, Ching-Wen Yen, A-Chu YuChiang, and the Taiwan Nation Party on behalf of its more than 1,000 of members ("Plaintiffs"), through counsel, respectfully move the Court for an extension of time from Friday, January 26, 2007, until not later than Friday, February 16, 2007, in which to respond to Defendant's Motion to Dismiss.

**IN SUPPORT THEREOF**, it is respectfully shown unto the Court:

1.  Plaintiffs' Complaint was filed October 24, 2006.

2.  On January 12, 2007, Defendant filed its Motion to Dismiss Plaintiff's Complaint.

3.  Plaintiff's response to Defendant's Motion to Dismiss is due tomorrow, January 26, 2007.

4.  Despite the best efforts of counsel for Plaintiffs, it is virtually impossible to adequately respond by tomorrow to each of the arguments raised in Defendant's Motion to Dismiss.

5.      As soon as Plaintiffs are able to complete their response to Defendant's Motion to Dismiss (but in no event later than February 16, 2007—a date requested by *Defendant's* trial counsel to accommodate his travel schedule), Plaintiff's response will be filed with the Court.

**WHEREFORE,** Plaintiffs respectfully prays that this Honorable Court enter the accompanying proposed Order granting Plaintiffs until not later than February 16, 2007, to respond to Defendant's Motion to Dismiss.

Respectfully submitted,

_____
Charles H. Camp (D.C. Bar # 413575)
LAW OFFICES OF CHARLES H. CAMP
1725 Eye Street, N.W., Suite 300
Washington, D.C. 20006
Telephone: (202) 349-3905
Facsimile: (202) 349-3906
Email: ccamp@charlescamplaw.com

**Counsel for Plaintiffs**

January 25, 2007

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing paper was served upon the following counsel for Defendant via pre-paid First Class U.S. Mail (and electronically via the Court's Electronic Case Filing system) this 25th day of January 2007:

> Adam D. Kirschner, Esquire
> Trial Attorney
> U.S. Department of Justice
> Civil Division, Federal Programs Branch
> P.O. Box 883
> Washington, D.C. 20044

_____
Charles H. Camp

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. ROGER C. S. LIN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-1825 (RMC) |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

## ORDER GRANTING AGREED MOTION TO EXTEND

THIS CAUSE came before the Court on Plaintiff's Agreed Motion To Extend January 26, 2007, Deadline For Responding To Defendant's Motion To Dismiss (the "Motion"). The Court having reviewed said Motion and having been advised of the agreement of the parties, it is hereby:

ORDERED AND ADJUDGED as follows:

1. The Motion is granted.

2. The deadline for Plaintiffs to respond to Defendant's Motion to Dismiss is extended through and including February 16, 2007.

3. No further enlargements to this deadline will be granted absent exceptional circumstances.

**DONE and ORDERED** this ___ day of January 2007.

_____
Honorable Rosemary M. Collyer
United States District Judge