UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIN, ET AL., ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 06-1825 (RMC) |
| ) | |
| vs. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Defendant, by and its undersigned counsel, hereby seeks an extension of time through and including March 9, 2007, in which to respond to plaintiffs' opposition to defendant's motion to dismiss. On February 27, 2007, undersigned counsel contacted counsel for plaintiff, Charles H. Camp, who indicated that he had no objection to the relief requested herein. As grounds for this motion, defendant state as follows:

1. Defendant filed its motion to dismiss on January 12, 2007.

2. After requesting an extension of time, plaintiffs filed their opposition to the motion to dismiss on February 16, 2007. The parties had agreed on that date due to the schedules for counsel of both parties. Plaintiffs' counsel indicated at the time that he may be amendable to defendant's request for an extension of time to file its reply brief.

3. This extension of time is requested to allow for defendant to adequately respond to plaintiffs' opposition brief.

WHEREFORE, defendants respectfully request that the Court grant them an extension of time through and including March 9, 2007, in which to file their respond to plaintiffs' opposition

to defendant's motion to dismiss.  As required by the Local Rules, a proposed Order is attached.

Dated: February 28, 2007                    Respectfully submitted,

                                          PETER D. KEISLER
                                        Assistant Attorney General

                                          JEFFREY A. TAYLOR
                                          United States Attorney for the District of Columbia

                                          VINCENT M. GARVEY
                                          Deputy Director, Federal Programs Branch

                                          _/s/_____
                                          ADAM D. KIRSCHNER
                                          Trial Attorney
                                          U.S. Department of Justice
                                          Civil Division, Federal Programs Branch
                                          <u>Mailing Address</u>
                                          P.O. Box 883
                                          Washington, D.C., 20044
                                          <u>Delivery Address</u>
                                          20 Massachusetts Ave., NW., Room 7126
                                          Washington, DC 20001
                                          Telephone: (202) 353-9265
                                          Fax: (202) 616-8470
                                          Adam.Kirschner@usdoj.gov

                                          COUNSEL FOR DEFENDANT

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| LIN, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 06-1825 (RMC) |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### [Proposed] ORDER

This matter is before the Court on defendant's motion for an extension of time. This Court has duly considered the motion, the Court hereby,

GRANTS defendant's motion for an extension of time to and including March 9, 2007, to respond to plaintiffs' opposition to defendant's motion to dismiss.

SIGNED and ENTERED this ___ day of _____, 2006.


_____
ROSEMARY M. COLLYER
United States District Judge