UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LIN, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 06-1825 (RMC) |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR RECONSIDERATION OF ITS UNOPPOSED MOTION
FOR EXTENSION OF TIME OR, IN THE ALTERNATIVE, FOR EXTENSION
OF TIME PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 6(b)(2)**

Defendant, by and through its undersigned counsel, hereby respectfully asks this Court to reconsider its denial of defendant's motion for an extension of time through and including March 9, 2007, in which to respond to plaintiffs' opposition to defendant's motion to dismiss and asks that the reply brief filed this date be deemed timely filed. In the alternative, defendant, by and through its undersigned counsel, hereby asks this Court to grant its motion for extension of time through and including March 9, 2007, and accept defendant's reply brief pursuant to Federal Rule of Civil Procedure 6(b)(2). On March 8, 2007, undersigned counsel contacted counsel for plaintiff, Charles H. Camp, who indicated that, without taking a position on the merits of this motion, he had no objection to defendant filing his reply brief on March 9, 2007.

On February 28, 2007, defendant filed its unopposed motion for extension of time to respond to plaintiff's opposition to defendant's motion to dismiss. See Docket #10. On March 6, 2007, this Court denied that motion without prejudice for "failure to comply with Fed. R. Civ. P. 6(b)(2)." See Minute Order, March 6, 2007. Federal Rule of Civil Procedure 6(b) states that a court may (1) enlarge a period to respond "if request therefor is made before the expiration of

the period originally prescribed or as extended by a previous order or (2) upon motion made after the expiration of the specified period permit the act to be done where the failure to act was the result of excusable neglect." See Fed. R. Civ. P. 6(b)(2).

Undersigned counsel had calculated defendant's reply date as March 1, 2007 and, therefore, considered defendant's motion of February 28, 2007 as being made pursuant to Federal Civil Rule 6(b)(1) because it "was made before the expiration of the period originally prescribed or as extended by a previous order." Plaintiffs had filed their opposition brief on February 16, 2007.[1] See Docket #8. Under Local Civil Rule 7(d), defendant has five days to "file a reply memorandum." See L. Civ. R. 7(d). Under Federal Rule 6(a), "[w]hen the period of time prescribed or allowed is less than 11 days, intermediate Saturdays, Sundays, and legal holidays shall be excluded in the computation." See Fed. R. Civ. P. 6(a). Washington's Birthday is considered a legal holiday. See id. February 16, 2007 was a Friday and Washington's Birthday[2] was Monday, February 19, 2007. Therefore, the fifth day, excluding Saturdays, and Sundays, and legal holidays was Monday, February 26, 2007. However, the Federal Rules state that if the "paper is served upon the party under Rule 5(b)(2)(B), (C), or (D), 3 days are added after the prescribed period would otherwise expire under subdivision (a)." See Fed. R. Civ. P. 6(e). Rule 5(b)(2)(D) includes service by "electronic means," as it was done in this case. See Fed. R. Civ. P. 5(b)(2)(D). Therefore, defendant's counsel calculated defendant's reply date as March 1, 2007. Under Federal Civil Rule 6(a), the prescribed period would have

---

[1] At the Clerk's request, plaintiffs re-filed their opposition brief on February 22, 2007. See Docket #9. However, undersigned counsel's calculation was based on the filing date of February 16, 2007.

[2] Washington's Birthday is at times referenced as President's Day.

expired on Monday February 26, 2007, but with the addition of the three days, it did not expire until Thursday, March 1, 2007.

If this Court disagrees with these calculations, defendant respectfully asks this Court to grant its motion for extension of time pursuant to Federal Rule Civil Rule 6(b). Defendant's counsel had considered that he filed the motion for extension of time on behalf of defendant "prior to expiration of the period originally prescribed or as extended by a previous order." See Fed. R. Civ. P. 6(b)(1). Defendant had requested the extension of time so as to adequately respond to plaintiffs' opposition brief. When defendant's counsel had consented to plaintiff's motion for extension of time to file its opposition to defendant's motion to dismiss, plaintiffs' counsel indicated at the time that he may be amendable to defendant's request for an extension of time to file its reply brief. Plaintiffs had moved on January 25, 2007 to enlarge the time in which to file their opposition from January 26, 2007 to February 16, 2007. See Docket #7. The parties had agreed on that date due to the schedules for counsel of both parties. On February 27, 2007, undersigned counsel had contacted counsel for plaintiff, Charles H. Camp, who indicated that he had no objection to the defendant's motion for extension of time. Defendant filed its unopposed motion for extension of time on February 28, 2007. See Docket #10. Undersigned counsel had calculated defendant's reply as being due on or before March 1, 2007.

ACCORDINGLY, defendant respectfully asks that the Court reconsider its denial of defendant's motion for extension of time to grant its extension of time through and including March 9, 2007, in which to file its reply and deem the reply filed on this date as being timely filed. In the alternative, defendant respectfully asks that this Court grant the motion for extension of time pursuant to Federal Civil Rule 6(b)(2) and deem the reply filed on this date as

being timely filed.  As required by the Local Rules, a proposed Order is attached.


Dated: March 8, 2007                              Respectfully submitted,

                                                PETER D. KEISLER
                                                Assistant Attorney General

                                                JEFFREY A. TAYLOR
                                                United States Attorney for the District of Columbia

                                                VINCENT M. GARVEY
                                                Deputy Director, Federal Programs Branch

                                                _/s/_____
                                                ADAM D. KIRSCHNER
                                                Trial Attorney
                                                U.S. Department of Justice
                                                Civil Division, Federal Programs Branch
                                                <u>Mailing Address</u>
                                                P.O. Box 883
                                                Washington, D.C., 20044
                                                <u>Delivery Address</u>
                                                20 Massachusetts Ave., NW., Room 7126
                                                Washington, DC 20001
                                                Telephone: (202) 353-9265
                                                Fax: (202) 616-8470
                                                Adam.Kirschner@usdoj.gov

                                                COUNSEL FOR DEFENDANT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LIN, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 06-1825 (RMC) |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**[Proposed] ORDER**

This matter is before the Court on defendant's motion to have until March 9, 2007 to file its reply brief. This Court has duly considered the motion, the Court hereby,

GRANTS defendant's motion to have to and including March 9, 2007, to reply to plaintiffs' opposition to defendant's motion to dismiss, and hereby

ORDERS that Defendant's Reply to Plaintiff's Opposition to Defendant's Motion filed on or before March 9, 2007 be deemed timely filed.

SIGNED and ENTERED this ____ day of _____, 2007.

_____
ROSEMARY M. COLLYER
United States District Judge