UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. ROGER C. S. LIN, et al., </br></br>Plaintiffs, </br></br> v. </br></br> UNITED STATES OF AMERICA, </br></br> Defendant. | Civil Action No. 06-1825 (RMC) |

### NOTICE OF CHANGE OF ADDRESS AND TELEPHONE NUMBERS

Effective May 7, 2007, the address and telephone and facsimile numbers of Charles H. Camp, counsel for Plaintiffs, are being changed to the following:

1319 Eighteenth Street, N.W.
Washington, D.C. 20036
Direct Dial Telephone: (202) 457-7786
Facsimile: (202) 457-7788
(Email address is unchanged.)

Respectfully submitted,

Charles H. Camp (D.C. Bar # 413575)
LAW OFFICES OF CHARLES H. CAMP
1725 Eye Street, N.W., Suite 300
Washington, D.C. 20006
Telephone: (202) 349-3905
Facsimile: (202) 349-3906
Email: ccamp@charlescamplaw.com

**Counsel for Plaintiffs**

May 3, 2007

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing paper was served upon the following counsel for Defendant via the Court's Electronic Case Filing system) this 3rd day of January 2007:

>Adam D. Kirschner, Esquire
>Trial Attorney
>U.S. Department of Justice
>Civil Division, Federal Programs Branch
>P.O. Box 883
>Washington, D.C. 20044

_____
Charles H. Camp