UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. ROGER C.S. LIN, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 06-1825 (RMC) |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

**ORDER**

For the reasons stated in the Court's Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that Defendant's Motion to Dismiss [Dkt. #17] is **GRANTED**; and it is

**FURTHER ORDERED** that this case is closed. This is a final appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

_____/s/_____
ROSEMARY M. COLLYER
United States District Judge

DATE: March 18, 2008