UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. ROGER C. S. LIN, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. )<br>) | Civil Action No. 06-1825 (RMC) |

## NOTICE OF APPEAL

Notice is hereby given this 31st day of March 2008, that all Plaintiffs appeal to the United States Court of Appeals for the District of Columbia the United States District Court for the District of Columbia's March 18, 2008, Memorandum Opinion and Order granting Defendant's Motion to Dismiss.

Respectfully submitted,

_____
Charles H. Camp (DC Bar No. 413575)
Law Offices of Charles H. Camp
1319 Eighteenth Street, N.W.
Washington, D.C. 20036
Tele. (202) 457-7786
Fax  (202) 457-7788

Date: March 31, 2008

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Appeal was served upon the following counsel for Defendant electronically via the Court's Electronic Case Filing system this 31st day of March 2008:

> Adam D. Kirschner, Esquire
> Trial Attorney
> U.S. Department of Justice
> Civil Division, Federal Programs Branch
> P.O. Box 883
> Washington, D.C. 20044

_____
Charles H. Camp